FORM B5.
(6/90)

## FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Northern **District of** Illinois | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>Lunn Partners, LLC | ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Soc. Sec. No./Complete Tax I.D. No. | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>4804 S. Woodlawn, Chicago, IL 60615 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>4804 S. Woodlawn, Chicago, IL 60615 |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>Cook | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[✓] Chapter 7       [ ] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
- [ ] Debts are primarily consumer debts
- [✓] Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
- [ ] Individual
- [ ] Partnership
- [ ] Corporation Publicly Held
- [ ] Corporation Not Publicly Held
- [✓] Other: Limited Liability Company

A. TYPE OF BUSINESS (Check one)
- [✓] Professional
- [ ] Retail/Wholesale
- [ ] Railroad
- [ ] Transportation
- [ ] Manufacturing/Mining
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Construction
- [ ] Real Estate
- [ ] Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

Asset Management

### VENUE

[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[✓] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Robert J. Lunn | Case Number<br>05-04533 | Date |
|---|---|---|
| Relationship<br>Member | District<br>Northern District of Illinois | Judge<br>Hon. Susan Pierson Sonderby |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. [✓] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [✓] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [✓] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;

           or

b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

FORM 5 Involuntary Petition
(6/92)

Name of Debtor _____

Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x *Gary M. Yerks*
Signature of Petitioner or Representative (State title)
Name of Petitioner: GARY M. YERKS
Date Signed: 6/7/05
Name & Mailing Address of Individual Signing in Representative Capacity: 677 Clarendon Ln, Aurora IL 60504

x *Matt Gaddes*
Signature of Attorney — Date
Kelley Drye & Warren LLP
Name of Attorney Firm (If any)
Address: 333 W. Wacker Dr., Ste. 2600, Chicago, IL 60606
Telephone No.: (312)857-7070

x *John Cunningham*
Signature of Petitioner or Representative (State title)
Name of Petitioner: Joan Cunningham
Date Signed: 6/7/05
Name & Mailing Address of Individual Signing in Representative Capacity: Joan Cunningham, 1143 S. Plymouth #101, Chicago, IL 60604

x *Matt Gaddes*
Signature of Attorney — Date
Kelley Drye & Warren LLP
Name of Attorney Firm (If any)
Address: 333 W. Wacker Dr. #2600, Chicago IL 60606
Telephone No.: (312)857-7070

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner: Mitchell Glickman
Date Signed: 6/8/05
Name & Mailing Address of Individual Signing in Representative Capacity: 1978 N Sheffield Ave, Chicago, IL 60614

x *Matt Gaddes*
Signature of Attorney — Date
Name of Attorney Firm (If any): Kelley Drye & Warren LLP
Address: 333 W. Wacker Dr. #2600, Chicago, IL 60606
Telephone No.: (312)857-7070

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Gary M. Yerks, 677 Clarendon Ln, Aurora, IL 60504 | Unpaid Wages | $43,269.23 |
| Joan Cunningham, 1143 S. Plymouth #101, Chicago, IL 60604 | Unpaid Wages | $12,788.48 |
| Mitchell Glickman, 1978 N Sheffield Ave, Chicago IL 60614 | Unpaid Wages | $10,769.22 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $66,826.93 |

_____ continuation sheets attached

**Additional Pending Bankruptcy Cases Filed By Or Against
Any Partner Or Affiliate Of This Debtor**

| | |
|---|---|
| Name of Debtor: | Lunn 119th LLC. |
| Relationship: | Affiliate |
| Case Number: | 05-04533 |
| District: | Northern District of Illinois |
| Date: | |
| Judge: | Hon. Susan Pierson Sonderby |

| | |
|---|---|
| Name of Debtor: | Lunn 26th LLC. |
| Relationship: | Affiliate |
| Case Number: | 05-04533 |
| District: | Northern District of Illinois |
| Date: | |
| Judge: | Hon. Susan Pierson Sonderby |

| | |
|---|---|
| Name of Debtor: | Lunn Partners Multiple Opportunities |
| Relationship: | Affiliate |
| Case Number: | 04-47017 |
| District: | Northern District of Illinois |
| Date: | |
| Judge: | Hon. Susan Pierson Sonderby |