**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05 B 32888 |
| LUNN PARTNERS, LLC, | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on Tuesday, December 18, 2007 at 10:30 a.m., we shall appear before the Honorable Susan Pierson Sonderby, United States Bankruptcy Judge, Everett McKinley Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, Courtroom 642, or, in her absence, before any other Judge who may be sitting in her place or stead and shall then and there present the *Liquidating Trustee's Motion for Entry of Final Decree*, copy of which is hereby served upon you.

Dated: November 27, 2007

                                                    **JOHN C. WHEELER,
LIQUIDATING TRUSTEE**

                                                    By:  */s/ David M. Neff*
                                                    David M. Neff (ARDC #06190202)
                                                    **DLA PIPER US LLP**
                                                    203 N. LaSalle Street - Suite 1900
                                                    Chicago, Illinois 60601-1293
                                                      Phone: (312) 368-4000

                                                      *Counsel to the Liquidating Trustee*

## **CERTIFICATE OF SERVICE**

      David M. Neff, an attorney, certifies that on November 27, 2007, he caused the ***Notice of Motion*** and ***Liquidating Trustee's Motion for Entry of Final Decree*** to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to the following parties:

| | | |
|---|---|---|
| Janice A Alwin<br>jalwin@shawgussis.com | Andrew J. Annes<br>aannes@sabt.com | Diane M. Baron<br>dbaron@clausen.com |
| Marc O. Beem<br>mbeem@millershakman.com,<br>mpadilla@millershakman.com;tlawhead@millershakman.com | Darren L Besic<br>dbesic@aol.com | Timothy L Binetti<br>tlb@rbrmlaw.com,<br>tar@rbrmlaw.com;mtb@rbrmlaw.com |
| Kenn Brotman<br>kbrotman@kelleydrye.com,<br>sdunlap@kelleydrye.com | Abraham Brustein<br>abrustein@dimonteandlizak.com | William J Connelly<br>wconnelly@hinshawlaw.com |
| Jay S. Dobrutsky<br>jdobrutsky@burkelaw.com | William J Factor<br>wfactor@seyfarth.com | Joseph D Frank<br>jfrank@fgllp.com,<br>ccarpenter@fgllp.com |
| Michael J. Golde<br>mgolde@fgllp.com,<br>ccarpenter@fgllp.com | Richard N Golding<br>rgolding@goldinglaw.net | John J Grieger<br>ECFNIL@weltman.com |
| Susan N. Gummow<br>sgummow@clausen.com,<br>kdanta@clausen.com | Steve Jakubowski<br>sjakubowski@colemanlawfirm.com | Alexander D Kerr<br>akerr@tishlerandwald.com,<br>moatsvall@tishlerandwald.com |
| Kathryn A Klein<br>iln@riezmanberger.com,<br>riezmanberger@gmail.com | Micah R Krohn<br>mkrohn@fgllp.com,<br>ccarpenter@fgllp.com;rheiligman@fgllp.com | Richard S Lauter<br>rlauter@lplegal.com |
| Edward J. Lesniak<br>elesniak@burkelaw.com | Sara E Lorber<br>slorber@seyfarth.com | Matthew Luzadder<br>mluzadder@kelleydrye.com,<br>BankruptcyDepartment2@KelleyDrye.com;kkleist@kelleydrye.com |
| Alec M. McAusland<br>lw00554@cityofchicago.org | Brian H Meldrum<br>bmeldrum@jenner.com | Eric J. Munoz<br>emunoz@scandagliaryan.com,<br>dduncan@scandagliaryan.com;djames@scandagliaryan.com |
| Jill L Murch<br>jmurch@foley.com,<br>mquintero@foley.com | William T Neary<br>USTPRegion11.ES.ECF@usdoj.gov | Ann E Pille<br>ann.pille@dlapiper.com,<br>apille@reedsmith.com |
| Alex Pirogovsky<br>apirogovsky@uhlaw.com | Richard B. Polony<br>rpolony@hinshawlaw.com | Steven R Rappin<br>dolswang@hrolaw.com,<br>rarredondo@hrolaw.com |
| Gerard D. Ring<br>gring@burkelaw.com | Kimberly J Robinson<br>kim.robinson@bfkn.com | Steven J Roeder<br>sjr@willmont.com |

| | | |
|---|---|---|
| Rebecca M Shanaman<br>rshanaman@mcdnslaw.com,<br>tweilandt@mcdnslaw.com | Catherine L Steege<br>csteege@jenner.com,<br>docketing@jenner.com | Ellen G. Sullivan<br>esullivan@clausen.com |
| Gloria C Tsotsos<br>nd-three@il.cslegal.com | Timothy E. Weilandt<br>tweilandt@mcdnslaw.com | Ariel Weissberg<br>ariel@weissberglaw.com,<br>Hava@weissberglaw.com |
| Zane L Zielinski<br>zzielinski@fgllp.com,<br>dortiz@fgllp.com | | |

In addition, the parties listed on the attached service list were served via regular U.S. mail, postage prepaid. Parties may access this filing through the Court's CM/ECF system.

        */s/ David M. Neff*
David M. Neff (ARDC #06190202)
**DLA PIPER US LLP**
203 North LaSalle Street - Suite 1900
Chicago, Illinois 60601
(312) 368-4000

CHGO1\31124773.1

**SERVICE LIST**

Abraham E. Brustein
DiMonte & Lizak, LLC
216 W. Higgins
Park Ridge, IL 60068

Commonwealth Edison
System Credit/Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523

Air Pip, Inc.
c/o Steven R. Jakubowski, Suite 4800
Robert F. Coleman & Assoc,
77 W. Wacker, Suite 4800
Chicago, IL 60601

Edward J. Lesniak, Jay S. Dobrutsky,
 Gerard D. Ring
Burke, Warren, McKay & Serritella PC
330 North Wabash Avenue, 22nd Floor
Chicago, IL 60611-3607

Alex Pirogovsky
Ungaretti & Harris
3500 Three First National Plaza
70 West Madison
Chicago, IL 60602

Steven R. Rappin
Hauselman & Rappin
39 South LaSalle Street, Suite 1105
Chicago, IL 60603

Alexander D. Kerr
Tishler & Wald, Ltd.
200 S. Wacker Drive, Suite 300
Chicago, IL 60606

Embraer-Empresa Brasileira de Aeronautic S.A.
c/o Susan N. Gummow
Clausen Miller
10 South LaSalle Street
Chicago, IL 60603-1098

Bob O'Link Golf Club
1120 Crofton Avenue
Highland Park IL 60035

Options Price Reporting Authority
400 South LaSalle Street
Chicago, IL 60605

Brian Gannon
811 South Hamlin
Park Ridge, IL 60068

CSC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

C. Barry Montgomery
Williams Montgomery & John Ltd.
20 N. Wacker Drive, Suite 2100
Chicago, IL  60606

American Express Travel Related Services
c/o Gilbert Weisman
Becket & Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Caveney Family Limited Partnership
c/o Donald L. Mrozek, Richard B. Polony,
   Willliam J. Connelly, Tom Lester
Hinshaw & Culbertson LLP
222 N. LaSalle St., Ste. 300
Chicago, IL  60601-1081

J. Douglas Gray
c/o Joseph D. Frank, Michael J. Golde,
   Micah R. Krohn, Zane L. Zielinski
Frank/Gecker LLP
325 N. LaSalle, Suite 625
Chicago, IL  60610

Cedar Stone, LLC
c/o Thomas H. Stone
1780 Green Bay Road, Ste 202
Highland Park, IL  60035-3220

Harvey Wineberg
c/o Kristine S. Phillips
O'Hagan, Smith & Amudsen, LLC
150 N Michigan Ave., Suite 3300
Chicago, IL 60601

Charles H. Foster
Foster, Kallen & Smith
900 W. Jackson Blvd., Suite 4 East
Chicago, IL 60607

Pitney Bowes, Inc. (Lease #1600668-005)
c/o Caine & Weiner
P.O. Box 8500
Van Nuys, CA 91409-8500

Chubb Group of Insurance Companies
P.O. Box 7247-0180
Philadelphia, PA  19170

AT&T All in One
c/o Collection Bureau of America
25964 Eden Landing Road
First Floor
Hayward, CA 94540-5013

City Of Chicago
Corporation Counsel, Karen M. Coppa
Alec M. McAusland
30 N. LaSalle St., Rm. 900
Chicago, IL  60602

Associated Bank
c/o Timothy E. Weilandt
Rebecca M Shanaman
McCarthy Duffy LLP
180 North LaSalle Street, Suite 1400
Chicago, IL  60601

Contrarian Funds LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Department of the Treasury
Internal Revenue Service
230 S. Dearborn P A
Stop 5014 CHI
Chicago, IL 60604

CT Corporation System
c/o Alan D. Budman
P.O. Box 654
Abington, PA 19001

Viable Network Solutions LLC
12216 S. Stewart Ave.
Chicago, IL 60628

DaimlerChrysler Financial
   Services America, LLC
c/o Kathryn A. Klein
7700 Bonhomme Ave., 7th Floor
St. Louis, MO 63105

Avaya
c/o ABC/Amega, Inc.
1100 Main Street
Buffalo, NY 14209-2356

David Fischer
Wildman & Harrold
225 West Wacker Drive, Suite 3000
Chicago, IL  60606

Cook County Treasurer
118 N. Clark St., Rm 212
Chicago, IL 60602-1395

Dell Financial Services
c/o Weltman, Weinberg & Reis Co., L.P.A.
Attn:  Andrew Houha
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601

Arthur Watson
c/o John D. Lien, Jill L. Murch
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL 60610

Donald L. Schramm
Rieff Schramm & Kanter
100 N. LaSalle Street, Suite 2300
Chicago, IL  60602

Illinois Bell Telephone Company Inc.
P.O. Box 981268
West Sacramento, CA 95798

Eric J. Munoz
Scandaglia & Ryan
55 E. Monroe, 39th Floor
Chicago, IL 60603

ChaseManhattanBank USA
c/o Richard S. Ralston
Weinstein & Riley, P.S.
2101 4th Avenue, Suite 900
Seattle, WA 98121

Howard Conant, Sr.
Conant Family Partnership
c/o William J. Factor, Michael Miselman,
   Sara E. Lorber, Paul Vishny
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603

KMK & Associates
c/o Gerard D. Ring
Burke, Warren, McKay & Serritella PC
330 North Wabash Avenue, 22nd Floor
Chicago, IL  60611-3607

Janice A. Alwin
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610

Eva Losacco
c/o Richard S. Lauter
Levenfeld Pearlstein
Two N. LaSalle Street, Suite 1300
Chicago, Illinois 60602

John C. Wheeler
Development Specialists, Inc.
70 W. Madison Street, Suite 2300
Chicago, IL 66002

JP Morgan Chase Bank, N.A.,
  successor by merger to Bank One, N.A.
c/o Darren L. Besic
5 East Wilson Street
Batavia, IL 60510

John J. Delaney
Condon & Forsyth, LLP
1016 South Sixteenth Street, N.W.
Seventh Floor
Washington, D.C. 20036

Timothy L. Binetti
Riffner Barber Rowden, LLC
1834 Walden Office Square, Suite 500
Schaumburg, Illinois 60173

Kimberly J. Robinson
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison St., Suite 3900
Chicago, IL 60606

Andrew J. Annes
Schenk, Annes, Brookman & Tepper
311 South Wacker Drive, Suite 5125
Chicago, IL 60606-6657

Leaders Bank
c/o Edward J. Lesniak, Jay S. Dobrutsky,
  Gerard D. Ring
Burke, Warren, McKay & Serritella PC
22nd Floor
330 North Wabash Avenue
Chicago, IL 60611-3607

Wineberg & Lewis
c/o Kristine S. Phillips
O'Hagan, Smith & Amudsen, LLC
150 N Michigan Ave., Suite 3300
Chicago, IL 60601

Marc O. Beem
Miller Shakman & Beem
180 North LaSalle Street, Suite 3600
Chicago, Illinois 60601

Lunn Multiple Opportunities Portfolio, LP
c/o Scott R. Clar
Crane, Heyman, Simon ,Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL  60603-4297

Matthew Luzadder
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606

RVN Investments-
c/o Franks, Gerkin & McKenna, P.C.
P.O. Box 5
Marengo, IL 60152

Michael T. Prousis
Assistant Attorney General and
 Bureau Chief
Unemployment Insurance Bureau of the
 Illinois Attorney General
33 South State Street, Suite 992
Chicago, IL  60603

Robert Little
Office of the District Counsel of the
 United States Internal Revenue Service
Suite 2300
200 West Adams Street
Chicago, IL  60606

Paul E. Chronis, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606

Gretchen Silver
Office of the U.S. Trustee
Suite 3350
227 West Monroe Street
Chicago, IL  60606

Pitney Bowes, Inc.
27 Waterview Drive
Shelton, CT 06484

SBC-Illinois
c/o CCA
P.O. Box 329
Norwell, MA 02061-0329

R. Scott Alsterda
c/o Kevin P. Shea, Steven J. Thompson
Ungaretti & Harris
Three First National Plaza
70 West Madison Street, Suite 3500
Chicago, IL  60602

The Northern Trust Company
c/o Steven R. Rappin, Daniel H. Olswang
Hauselman & Rappin Ltd.
39 S. LaSalle Street
Suite 1105
Chicago, IL  60603

Robert McLennan
c/o Richard N. Golding
Benjamin D. Steiner
Weinberg Richmond LLP
333 West Wacker Drive, Suite 1800
Chicago, IL  60606

James Newbold
Assistant Attorney General
Revenue Litigation Bureau
Office of the Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL  60601

RSM McGladrey, Inc.
20 N. Martingale Road, Suite 500
Schaumburg, IL  60173-2420

Verizon Wireless
Attn: Sharon West
Recovery Department
1515 Woodfield Rd, Suite 1400
Schaumburg, IL 60173

SBC
Law Department
225 W. Randolph, Suite 27A
Chicago, IL 60606-1838

William T. Neary
Office of the U.S. Trustee, Region 11
227 W. Monroe Street , Suite 3350
Chicago, IL 60606

Steven J. Roeder
Williams Montgomery & John, Ltd.
20 N. Wacker Drive, Suite 2100
Chicago, IL 60606

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05 B 32888 |
| LUNN PARTNERS, LLC, | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | |

**LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF FINAL DECREE**

John C. Wheeler, not individually, but solely in his capacity as liquidating trustee (the "Liquidating Trustee"), pursuant to 11 U.S.C. § 350(a), Federal Rule of Bankruptcy Procedure 3022 and Rule 3022-1 of the Bankruptcy Rules for the United States District Court and the United States Bankruptcy Court for the Northern District of Illinois, hereby moves for the entry of a final decree, and in support hereof, states as follows:

1. On August 19, 2005, three creditors filed an involuntary bankruptcy petition against Lunn Partners, LLC (the "Debtor") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court").

2. On September 21, 2005, the Debtor consented to the entry of an Order for Relief under Chapter 7 of the Bankruptcy Code, and, on that same date, the Court entered an Order Granting the Debtor's Routine Motion for Conversion to Chapter 11.

3. On July 18, 2006, this Court entered an Order Confirming Debtors' Second Amended Joint Chapter 11 Plan (the "Plan").

4. The Plan was a joint plan proposed by the Debtor and Lunn Partners Securities, LLC ("Lunn Securities"). As set forth in more detail in the Plan, Lunn Securities had no assets

and there were no claims asserted against Lunn Securities' estate. Thus, for all intents and purposes, the Plan effectively related solely to the claims against the Debtor.[1]

5. Among other things, the Plan identified the following creditor classes:[2]

 a. **Unclassified Claims:** Claims consisting of (i) all Administrative Claims, (ii) all Tax Claims, and (iii) all Gap Claims.

 b. **Class I Claims:** Claims consisting of all Allowed Priority Claims.

 c. **Class II Claims:** Claims consisting of all Convenience Claims.

 d. **Class III Claims:** Claims consisting of all General Unsecured Claims, excluding Unclassified, Class I, Class II, Class IV and Class V Claims.

 e. **Class IV Claims:** Claims consisting of all Subordinated Claims.

 f. **Class V Claims:** Claims consisting of all Penalty Claims.

 e. **Class VI Interests:** Consisting of all Interests of the Shareholders.

6. The Trustee has exhausted his efforts to collect assets on behalf of the Debtor's estate and has distributed all funds from the Debtor's estate as follows: (a) 100% distribution to holders of Unclassified Claims; (b) 100% distribution to holders of all Class I Claims; (c) 100% distribution to holders of Class II Claims; and (d) 5.3% distribution to holders of Class III Claims. No distributions have been made (nor will any distributions be made) on account of Class IV or V Claims and/or Class VI Interests.

7. Based upon the foregoing, the Trustee has fully administered the Debtor's estate and the Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2).

8. Accordingly, the Court should enter a Final Decree closing this Chapter 11 case.

---

[1] Lunn Securities was created solely to hold the NASD license required by the Debtor to act as a broker dealer when it was in operation. On January 16, 2007, the Court entered an Order For Final Decree in Lunn Securities' bankruptcy case and, on that same date, closed Lunn Securities' case (Case No. 05 B 14375).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

WHEREFORE, the Debtor respectfully requests that the Court enter a Final Decree closing this Chapter 11 case and grant the Liquidating Trustee such other and further relief the Court deems just and proper.

Dated: November 27, 2007

Respectfully submitted,

**JOHN C. WHEELER,**
**LIQUIDATING TRUSTEE**

By: */s/ David M. Neff*
David M. Neff (ARDC #06190202)
**DLA PIPER US LLP**
203 N. LaSalle Street - Suite 1900
Chicago, Illinois 60601-1293
Phone: (312) 368-4000

*Counsel to the Liquidating Trustee*