## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05 B 32888 |
| LUNN PARTNERS, LLC, | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | |

### ORDER FOR FINAL DECREE

THIS CAUSE COMING TO BE HEARD UPON the Liquidating Trustee's Motion for Entry of Final Decree (the "Motion");[1] due and proper notice of the Motion having been given; the Court having found that the Plan has been substantially consummated; the Court having found that it has jurisdiction over this core proceeding; and after due deliberation thereon and the Court having been fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1.      This Chapter 11 case is closed.

2.      This Order is a final Order and is effective immediately.

Dated: _____                ENTER: _____

                                                                    _____
                                                                    United States Bankruptcy Judge

Order prepared by:
David M. Neff (ARDC #06190202)
**DLA PIPER US LLP**
203 N. LaSalle Street - Suite 1900
Chicago, Illinois 60601-1293
Phone: (312) 368-4000

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.